IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John Wise,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Carl Richard Carieri, Foremost Insurance Company, and State Auto Insurance Company<br><br>　　　　　Defendants. | C/A No. 3:13-cv-00236-JFA<br><br>**AMENDED SCHEDULING ORDER** |

This case was reassigned on October 8, 2013. Because the undersigned's terms of court are different from those of United States District Judge Cameron McGowan Currie, this case will go to trial during the two-month term of court beginning May 8, 2014. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly. All other deadlines in the second amended scheduling order entered on October 1, 2013, remain the same.

IT IS SO ORDERED.

January 9, 2014,                                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                                    United States District Judge